DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MONIER RAHALL, an individual, MIDDLETOWN PROPERTY
MANAGEMENT LLC, a Florida limited liability company, and
MIDDLETOWN PROPERTY MANAGEMENT LLC, a Delaware
limited liability company,

Appellants,

v.

INXS VI LLC, a Florida limited liability company, INXS VII
LLC, a Florida limited liability company, and DANIEL
FEINMAN, ESQUIRE, as trustee for 25TH AVENUE LAND
TRUST UTD 4/1/21, HUMPHREY LAND TRUST UTD 4/1/21,
MANHATTAN LAND TRUST UTD 4/1/21, MULRENNAN LAND
TRUST UTD 4/1/21, NEWPORT LAND TRUST UTD 4/1/21,
NOLA LAND TRUST UTD 4/1/21, TAKOMAH TRAIL LAND
TRUST UTD 4/1/21, TYLER STREET LAND TRUST UTD
4/1/21, CHISHOLM LAND TRUST UTD 4/1/21, GUNSTOCK
LAND TRUST UTD 4/1/21, LAKE CHRISTINA LAND TRUST
UTD 4/1/21, WATER OAK LAND TRUST UTD 4/1/21, WET
ROCK LAND TRUST UTD 4/1/21, 56TH AVENUE LAND
TRUST UTD 4/1/21, FORTY EIGHTH LAND TRUST UTD
4/1/21, RAJAX LAND TRUST UTD 4/1/21, NINETH STREET
LAND TRUST UTD 4/1/21, and APPIAN LAND TRUST UTD
4/1/21,

Appellees.

_____

No. 2D2025-0110
_____

October 1, 2025

Appeal from the Circuit Court for Hillsborough County; Lindsay
M. Alvarez, Judge.

Jawdet I. Rubaii of Jawdet I. Rubaii, P.A., Clearwater, for Appellants.

Tracy S. Carlin of Brannock Berman & Seider, Tampa; and Jeffrey P. Lieser and William E. Roberts of Lieser Skaff Alexander, Tampa; and Patti W. Halloran of Gibbons Neuman, Tampa, for Appellees.

PER CURIAM.

     Affirmed.

LUCAS, C.J., and BLACK and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.